# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PATRICK GILLES,

Appellant,

v.

PAULECARMELLE VIAUD,

Appellee.

No. 2D2025-2878

_____

April 17, 2026

Appeal from the Circuit Court for Hillsborough County; Lindsay Alvarez, Judge.

Patrick Gilles, Appellant, pro se.

PauleCarmelle Viaud, Appellee, pro se.


PER CURIAM.

Affirmed.


KELLY, KHOUZAM, and SLEET, JJ., Concur.


_____

Opinion subject to revision prior to official publication.